IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES E. SLATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:04CV782 |
| JOHN E. POTTER, | ) |
| Postmaster General, United | ) |
| States Postal Service, | ) |
| | ) |
| Defendant. | ) |

## O-R-D-E-R

Plaintiff's request for appointment of a mediator (Pleading No. 55) is **DENIED** at this time. If Plaintiff's case survives Defendant's dispositive motion, Plaintiff may renew his request.

                                                 /s/ P. Trevor Sharp
                                                 United States Magistrate Judge

Date: January 17, 2007